United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-15519-jkf
Reginald Rico Geter                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Sep 30, 2016
                              Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
```
db            +Reginald Rico Geter,    1121 Knorr Street,    Philadelphia, PA 19111-4929
13349940      +Bank of America N.A.,    Loss/Recovery,     P O Box 982284,    El Paso, TX 79998-2284
13344470      +Collateral Adjustments,    2924 West Avenue,    Bristol, PA 19007-1610
13344471      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13344472       Delaware Title Loans, Inc.,    707 South Union Street, Unit A2,    Wilmington, DE 19805
13384742       JPMorgan Chase Bank, NA. National Bankruptcy Dept.,    PO BOX 29505 AZ 1-1191,
                 Phoenix, AZ 85038-9505
13344473      +Jnr Adjustme,    P.O. Box 27070,    Minneapolis, MN 55427-0070
13344474      +KML Law Group,    Suite 5000 - BNY Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13344475      +Loan Max, LLC,    1517 N. Dupont Hwy.,    New Castle, DE 19720-1901
13449394      +MidFirst Bank,    999 North West Grand Boulevard,    Oklahoma City, OK 73118-6051
13344476      +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13344478       Santander Consumer USA,    P.O. Box 660633,    Dallas, TX 75266-0633
13344479      +Trident Asst,    5755 N Point Pkwy Suite 12,    Alpharetta, GA 30022-1136
13344480      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2016 02:11:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 01 2016 02:12:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13400629      +E-mail/Text: EBNProcessing@afni.com Oct 01 2016 02:12:00     Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13430130       E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:19     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13344469      +E-mail/Text: bk.notifications@jpmchase.com Oct 01 2016 02:11:36     Chase Automotive Finance,
                 P.O. Box 15594,    Wilmington, DE 19886-0001
13409727       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 01 2016 02:12:03     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13375307       E-mail/Text: bnc-quantum@quantum3group.com Oct 01 2016 02:11:36
                 Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 8
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13344477     ##+Roi Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
                                                                                   TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2         User: Stacey              Page 2 of 2            Date Rcvd: Sep 30, 2016
                             Form ID: pdf900           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DAVID M. OFFEN    on behalf of Debtor Reginald Rico Geter dmo160west@gmail.com,
         davidoffenecf@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                               TOTAL: 4

Case 14-15519-jkf    Doc 83    Filed 10/02/16    Entered 10/03/16 01:05:36    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD RICO GETER                         Chapter 13

              Debtor            Bankruptcy No. 14-15519-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _29th_ day of _September_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
REGINALD RICO GETER

1121 KNORR STREET

PHILADELPHIA, PA 19111